IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISETTE FERNANDEZ o/b/o I.F. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, Commissioner of Social Security | : | NO. 18-473 |

## ORDER

**AND NOW**, this 30th day of September, 2019, upon consideration of Plaintiff's Request for Review of the adverse decision of the Commissioner of Social Security (Docket No. 3) and all documents filed in connection therewith, and after careful review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (Docket No. 21), and Plaintiff's Objections thereto (Docket No. 24), **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The Plaintiff's request for review of the adverse decision of the Commissioner of Social Security is **DENIED**;

4. **JUDGMENT** is **ENTERED** in favor of the Defendant; and

5. The Clerk of Court shall **CLOSE** this case

BY THE COURT:

_S/ JOHN R. PADOVA_____
John R. Padova, J.